UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHERRI LAMM, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-138–D** |
| v. | ) | |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 25], ADOPTS the conclusions in the M&R [D.E. 24], DENIES plaintiff's motion for judgment on the pleadings [D.E. 17], GRANTS defendant's motion for judgment on the pleadings [D.E. 20], AFFIRMS defendant's final decision and DISMISSES this action.

**This Judgment Filed and Entered on September 21, 2023, and Copies To:**
Vaughn Stephen Clauson (via CM/ECF electronic notification)
Joanne Kernicky (via CM/ECF electronic notification)
Lisa M Rayo (via CM/ECF electronic notification)

DATE: PETER A. MOORE, JR., CLERK
September 21, 2023 (By) /s/ Stephanie Mann
 Deputy Clerk